IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-30070
Summary Calendar

_____


WILLIAM POUNDS,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, Commissioner of
Social Security,

Defendant-Appellee.
_____
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-1108-E
_____

August 19, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

William Pounds appeals the district court's judgment affirming the Social Security Commissioner's decision to terminate his disability insurance benefits. Pounds argues that there was no evidence to support the administrative law judge's finding that his medical condition had improved. He also argues that the opinion of his treating physician should have been accorded more weight than that of the Commissioner's consulting physician, who examined him only once. After reviewing the record and the briefs of the

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

parties, we find that the Commissioner's decision was supported by substantial evidence and was based on proper legal standards. <u>See</u> <u>Ripley v. Chater</u>, 67 F.3d 552, 555 (5th Cir. 1995). Accordingly, we AFFIRM for essentially the same reasons adopted by the district court. <u>See</u> <u>Pounds v. Callahan</u>, No. 97-CV-1108-E (E.D. La. Dec. 30, 1997).

A F F I R M E D.